

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00402-CV

**IN THE ESTATE OF MARIA L. RAYNES, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013PC0369
The Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Cross-Appellee Leah Raynes' Motion to Extend Time to File Response Brief is hereby GRANTED. Time is extended to February 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court